**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Border Resources, Inc., David Kenjalo, and Jeffrey Skaare, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) ) | Case No. 1:08-cv-086 |
| Contex Energy Company, | ) ) | |
| Defendant. | ) | |

_____

Before the Court is the plaintiffs' "Notice of Dismissal" filed on October 28, 2008.  See Docket No. 5.  The plaintiffs request a dismissal pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure and do not request an award of costs or attorneys' fees.  The Court **ADOPTS** the plaintiffs' notice and **ORDERS** that the action be dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated this 29th day of October, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court